John J. Laravuso
California Bar No. 254539
LINDQUIST & VENNUM LLP
80 South Eighth Street
4200 IDS Center
Minneapolis, MN 55402-2100
Telephone: (612) 371-3211
Facsimile: (612) 371-3207
Email: jlaravuso@lindquist.com

Attorney for Claimants
Kenneth B. Mauer and Danielle R. Mauer

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$573,054.97 IN BANK OF AMERICA FUNDS AND MISCELLANEOUS ITEMS,<br><br>    Defendants. | Case No: CV 15-07458-RGK (RAOx)<br><br>**VERIFIED CLAIM OF INTEREST** |

## VERIFIED CLAIM OF INTEREST
## OF KENNETH B. MAUER AND DANIELLE R. MAUER

1. Pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, Claimants Kenneth B. Mauer and Danielle R. Mauer ("Claimants"), with the assistance of counsel, hereby file this Verified Claim of Interest and assert their interest in and right to a portion of the Defendant Property in this action.

2. The Claimants have an interest in and right to the Fontana De Leone ("Fountain"), an antique stone fountain seized by United States Immigration

and Customs Enforcement agents in August 2010, which Fountain is included in the assets generally described in paragraph five of the Verified Complaint for Forfeiture filed in the above-captioned action on September 23, 2015.[1] On information and belief, the Fountain is currently in the custody of the United States Customs and Border Protection in this district, pending resolution of this action.

3. The basis of the Claimants' interest in the Fountain is as follows:

    a. Claimants are residents of Fort Meyers, Florida. During a business trip to Los Angeles in or around 2008, Claimants visited Phoenician Stone Imports. When looking through the Phoenician Stone Imports retail facility, Claimants described to employees of Phoenician Stone Imports their interest in finding a distinctive stone fountain for their home in Minnesota.

    b. Thereafter, Claimants received a telephone call from Phoenician Stone Imports regarding the Fountain. During this call, Claimants were told that Phoenician Stone Imports had acquired and were selling a stone fountain that may meet Claimants' needs. At Claimants' request, Phoenician Stone Imports sent photographs of the Fountain to Claimants. Finding the Fountain ideal for their home, Claimants negotiated a

---

[1] The Seizure Number/Asset ID Number for the Fountain is FP&F Case No. 2010-2704-000984. Photographs of the Fountain are attached as **Exhibit A**.

2

        mutually acceptable purchase price with Phoenician Stone Imports and agreed to purchase the Fountain. The invoice for Claimants' purchase of the Fountain is attached as **Exhibit B**.

   c.   Pursuant to their agreement with Phoenician Stone Imports, Claimants agreed to pay $10,000 of the $55,000 purchase price up front and to make further payments while Phoenician Stone Imports stored Claimants' Fountain pending Claimants' readiness to have the Fountain shipped to them.

   d.   Over the next several months, Claimants paid another $30,000 of the purchase price to Phoenician Stone Imports—leaving only $15,000 outstanding for the Fountain. However, when Claimants attempted to make the final installment payment, they discovered that Phoenician Stone Imports no longer existed at its former location. Distressed by this discovery, Claimants investigated the status of Phoenician Stone Imports and the location of the Fountain. From their investigation, Claimants learned about the seizure of assets from Phoenician Stone Imports. Thereafter, Claimants began discussions with agents from United States Immigration and Customs Enforcement concerning the Fountain.

4.   Claimants are bona fide purchasers of the Fountain for value without knowledge of any facts that would support a forfeiture thereof.

3

5. Claimants have a valid, good faith, and legally cognizable interest in the Fountain. Claimants did not have any knowledge of—let alone participate in—any alleged misconduct on the part of Phoenician Stone Imports concerning the Fountain. Plaintiff has not responded to Claimants' past or recent requests for information supporting Plaintiff's allegation that the Fountain is subject to forfeiture. Accordingly, Claimants demand the return of the Fountain and the right to defend this action.

## VERIFICATION

I, Kenneth B. Mauer, hereby declare that I have read the foregoing Verified Claim of Interest. I verify and declare under penalty of perjury that the foregoing is true and correct. Executed this 28TH day of JANUARY, 2016, in WASHINGTON DC.

*/s/ Kenneth B. Mauer*

# VERIFICATION

I, Danielle R. Mauer, hereby declare that I have read the foregoing Verified Claim of Interest. I verify and declare under penalty of perjury that the foregoing is true and correct. Executed this 29 day of January, 2016, in Fort Myers, Florida.

_Danielle Mauer_

Dated this 29th day of January, 2016

    /s/ John J. Laravuso
John J. Laravuso
California Bar No. 254539
LINDQUIST & VENNUM LLP
80 South Eighth Street
4200 IDS Center
Minneapolis, MN 55402-2100
Telephone: (612) 371-3211
Facsimile: (612) 371-3207
Email: jlaravuso@lindquist.com

ATTORNEY FOR CLAIMANTS
KENNETH B. MAUER AND DANIELLE R. MAUER