EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3172
     Facsimile: (213) 894-7177
     E-mail: Katie.Schonbachler@usdoj.gov

JS-6

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$573,054.97 IN BANK OF AMERICA FUNDS AND MISCELLANEOUS ITEMS,<br><br>        Defendants.<br>_____<br> KENNETH B. MAUER AND<br> DANIELLE R. MAUER,<br><br>        Claimants. | No. CV 15-07458-RGK (RAOx)<br><br>[~~PROPOSED~~]<br>CONSENT JUDGMENT OF FORFEITURE |

This civil forfeiture action was commenced on November 25, 2015 against the defendants $573,054.97 in Bank of America Funds (the "Defendant Funds") and Miscellaneous Items.  Claimants Kenneth B. Mauer and Danielle R. Mauer filed a claim on January 29, 2016 and an answer on February 19, 2016.

No other parties have filed claims in this case and the time for filing claims of interest and answers has expired.

Plaintiff United States of America and Claimants have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

1.     This Court has jurisdiction over the parties and the subject matter of this action.

2.     Notice of this action has been given in accordance with law.  All potential claimants to the defendants, other than the Claimants, are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3.     The United States of America shall have judgment as to $533,054.97 of the Defendant Funds ("Forfeited Funds"), all of the defendant Miscellaneous Items and all interest earned on the entirety of the Defendant Funds since seizure, and no other person or entity shall have any right, title or interest therein.  The Department of Homeland Security is ordered to process said defendants in accordance with law.

4.     $40,000.00 of the Defendant Funds, without interest, shall be returned to Claimants by either check or wire transfer.  If the United States elects to make the payment by check, the check will be payable to "Lindquist & Vennum LLP Client Trust Account," and mailed to J. Christopher Cuneo, Esq., Lindquist & Vennum LLP, 4200 IDS Center, 80 South Eighth Street, 4200 IDS Center, Minneapolis, MN 55402.  If the United States elects to make the payment by wire transfer, the funds will be wire transferred to the Lindquist & Vennum LLP Client Trust Account.  Claimants and their

attorney shall provide any and all information, including personal identifiers, needed to process the return of these funds according to federal law.

5.     Claimants agree to release the United States of America, its agencies, agents, and officers, including employees, officers and agents of the U.S. Customs and Border Protection and Immigration and Customs Enforcement from any and all claims, actions or liabilities arising out of or related to this action or the underlying seizures, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6.     The Court finds that there was reasonable cause for the seizure of the defendants and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: March 4, 2016          _____

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

[Signatures of parties appear on the next page]

///

3

1   **<u>Approved as to Form and Content</u>:**

2   Dated: March 3, 2016            EILEEN M. DECKER
United States Attorney
3                                  LAWRENCE S. MIDDLETON
Assistant United States Attorney
4                                  Chief, Criminal Division
5                                  STEVEN R. WELK
Chief, Asset Forfeiture Section

6

7                                   /s/
_____
8                                  KATHARINE SCHONBACHLER
Assistant United States Attorney
9

10                                Attorneys for Plaintiff
United States of America

11

12

13   Dated: February 29, 2016        LINDQUIST & VENNUM LLP

14

15                                  /s/
_____
                                 JOHN J. LARAVUSO, ESQ.
16                                  J. CHRISTOPHER CUNEO, ESQ.

17                                  Counsel for Claimants
KENNETH B. MAUER and
18                                  DANIELLE R. MAUER

19

20   Dated: February 27, 2016           /s/
_____
                                 KENNETH B. MAUER
21                                  Claimant

22

23   Dated: February 27, 2016           /s/
_____
                                 DANIELLE R. MAUER
24                                  Claimant

25

26

27

28